UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DIGIOVANNI LATEZE HARTSFIELD

    Petitioner,

                                                        Case No. 8:15-cv-1686-T-24 TBM
                                                               8:14-cr-204-T-24 TBM

v.

UNITED STATES OF AMERICA

    Respondent.
_____/

**<u>ORDER</u>**

    Pending before the Court is the United States' Motion for an Order Requiring Former Defense Counsel to Disclose Substance of Communications and to Provide Affidavit. (Dkt. 5). Petitioner has filed a § 2255 motion, in which he alleges ineffective assistance of counsel as one of his grounds for relief. Specifically he alleges that he instructed defense counsel to file a direct appeal and to investigate his prior criminal history. (Dkt. 1 at 4-5). No direct appeal was filed in this case. The Court directed the Government to file a response to Petitioner's § 2255 motion on or before September 22, 2015. (Dkt. 4).

    Upon due consideration, the Court finds that, with respect to the ineffective assistance of counsel claim raised by Petitioner in his motion pursuant to 28 U.S.C. § 2255, the attorney-client privilege has been waived. *See Johnson v. Alabama*, 256 F.3d 1156 (11th Cir. 2001) (holding that a party waives its attorney-client privilege when it injects into the litigation an issue that requires testimony from its attorneys or testimony concerning the reasonableness of its attorneys' conduct).

Accordingly, it is **ORDERED AND ADJUDGED** that the motion is **GRANTED**. Petitioner's trial counsel, Assistant Federal Public Defender Alec Fitzgerald Hall, is directed to respond to the Government's requests for records, including correspondence, relevant to the ineffective assistance of counsel claim. In addition AFPD Hall shall provide an affidavit discussing his communications with Petitioner to fully respond to Petitioner's ineffective assistance of counsel claim.

Mr. Hall shall produce the materials and the affidavit outlined in this order to the Government **by September 1, 2015**.

**DONE AND ORDERED** at Tampa, Florida, this 12th day of August, 2015.

*Susan C. Bucklew*
SUSAN C. BUCKLEW
United States District Judge

Copies To:
Counsel of Record
Pro-se Petitioner
Alec Fitzgerald Hall